# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **ANIKA DASHIELDS,** *Administrator of the Estate of Taylor Granston, Deceased,*<br><br>        *Plaintiff,*<br><br>        *v.*<br><br>**AMERICAN NATIONAL RED CROSS and MARK RENNA**,<br><br>        *Defendants.*<br><br>**AMERICAN NATIONAL RED CROSS**<br><br>        *Third Party Plaintiff*<br><br>        *v.*<br><br>**PHOEBE CHACALIAZA, TYSEAN GILBERT, SA WIN, SEBASTIAN BUITRAGO-QUIJANO, and ANIKA DASHIELDS,**<br><br>        *Third Party Defendants* | **CIVIL ACTION**<br><br><br>**No. 25-6169-KSM** |

## ORDER

**AND NOW,** this 15th day of May, 2026, upon consideration of Third-Party Defendants' Sa Win and Sebastian Buitrago-Quijano's motions to dismiss (Doc. Nos. 25, 26), and Defendant and Third-Party Plaintiff American National Red Cross's ("Red Cross's") Oppositions (Doc. Nos. 27, 29), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that the motions are **GRANTED** as follows:

1.      The Red Cross's claims for negligence against Sa Win and Sebastian Buitrago-Quijano are **DISMISSED WITHOUT PREJUDICE.**

1

2.     To the extent that the Red Cross believes that it can plausibly state a negligence claim against either Sa Win or Buitrago-Quijano, it may file an Amended Third-Party Complaint by **June 1, 2026.**

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
KAREN SPENCER MARSTON, J.